MARY E. BUCHANAN, Appellant, *v.* SARAH J. LITTLE et al., Respondents.

(Submitted January 24, 1898; decided February 1, 1898.)

MOTION to amend remittitur by inserting a provision directing that the costs in the lower courts be paid out of the estate. (See 154 N. Y. 147.)

Motion granted, without costs; and the Supreme Court is requested to return remittitur for amendment.

---

ELIAS C. BENEDICT et al., as Executors of EDWIN BOOTH, Deceased, Appellants, *v.* GEORGE T. ARNOUX, Defendant, and JOSEPH CAMPBELL, as Executor, and EMMA CAMPBELL and MARTHA CAMPBELL, as Executrices of WILLIAM CAMPBELL, Deceased, and HANNAH CAMPBELL, Respondents, Impleaded with Others.

(Submitted January 24, 1898; decided February 1, 1898.)

Motion for reargument denied, with ten dollars costs. (See 154 N. Y. 715.)

---

JOHN CORSE et al., as Trustees under the Will of HENRY CORSE, Deceased, Respondents, *v.* SARAH M. CHAPMAN et al., Appellants.

(Submitted January 24, 1898; decided February 1, 1898.)

MOTION to amend remittitur by inserting a direction by the court for costs to be awarded to the several guardians *ad litem* filing briefs herein out of the estate, and by striking from the remittitur the allowance of costs to George G. Dutcher, guardian *ad litem*, as against appellants. (See 153 N. Y. 466.)

Motion denied, without costs.